B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: **April A Custer**                                     CASE NO **11-18079**

                                                              CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Suzuki Fun Center<br>2639 Bristol Pike<br>Bensalem, PA 19020 | **Describe Leased Property:**<br>GE Money Bank<br>332 Minnesota Street, Ste 610<br>St. Paul, MN 55101<br>Installment Sales Contract, Motorcycle purchase, Suzuki Model GSXR600K, 5/5/2007 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>YES ☐        NO ☒ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **10/21/2011**                                Signature **/s/ April A Custer**
                                                            *April A Custer*

Date _____                        Signature _____